IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENDALL D. REESE** | : | CIVIL ACTION |
| *Plaintiff, pro se* | : | |
| | : | NO. 17-4588 |
| v. | : | |
| | : | |
| **SOURCE 4 TEACHERS,** | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 8th day of August 2018, upon consideration of Defendant's *motion to dismiss*, [ECF 11], Plaintiff's response in opposition thereto, [ECF 14], Defendant's reply, [ECF 15], and the allegations contained in the amended complaint, [ECF 5], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion filed on this day, that Defendant's motion to dismiss is **GRANTED**. Plaintiff may file a second amended complaint addressing the inadequacies noted in the Memorandum Opinion.[1]

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] Contemporaneously with the filing of this Order, and upon consideration of Plaintiff's request for appointment of counsel, [ECF 4], this Court is referring this matter to the Plaintiff's Employment Panel for the Eastern District of Pennsylvania pursuant to the Attorney Panel for *Pro Se* Plaintiffs in Employment Cases Program. Pursuant to that Order, this matter will be placed in civil suspense for ninety days. This Court will set a deadline by which Plaintiff must file an amended complaint after counsel has entered an appearance in this matter or after the ninety days to do so has ended.