IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENDALL D. REESE** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 17-4588** |
| **v.** | : | |
| | : | |
| **SOURCE 4 TEACHERS** | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 29th day of September 2021, upon consideration of Defendant Source 4 Teachers' *motion for summary judgment*, [ECF 68], Plaintiff Kendall D. Reese's response in opposition, [ECF 71], and Defendant's reply, [ECF 72], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion, that Defendant's motion for summary judgment is **GRANTED**.

Accordingly, **JUDGMENT** is entered in favor of Defendant Source 4 Teachers and against Plaintiff Kendall D. Reese on all claims.

The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*